**Order entered December 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00492-CR

**GILBERT MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1975492-V**

### ORDER

Before the Court is appellant's December 19, 2022 third motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief received on December 19, 2022 **FILED** as of the date of this order.

/s/    DENNISE GARCIA
       JUSTICE